# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **KENT JEROME RAMSEY,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12CV00017 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **CAROLYN W. COLVIN, ACTING** ) | By:  James P. Jones |
| **COMMISSIONER OF SOCIAL** ) | United States District Judge |
| **SECURITY,** ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Opinion accompanying this Judgment, it is

**ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER:  December 13, 2013

/s/  James P. Jones
United States District Judge